# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH ROY DEAN | CIVIL ACTION |
| v. | NO. 15-cv-6901 |
| DEAN EQUIPMENT, INC. | SECTION "J" |
| | JUDGE CARL BARBIER |
| | MAGISTRATE SALLY SHUSHAN |

## WITNESS AND EXHIBIT LIST OF DEAN EQUIPMENT, INC.

**NOW INTO COURT**, through undersigned counsel, come Dean Equipment, Inc., ("Dean Equipment") who submits the following lists of witnesses and exhibits in the above-captioned matter. Dean Equipment reserves the right to timely supplement its Witness and/or Exhibit List upon the completion of discovery.

## WITNESS LIST

I.      Dean Equipment may call the following witnesses at trial:

1.      Troy Williams, Dean Equipment;

2.      Jerry Stapler, Dean Equipment;

3.      Rusty Cavalier, Dean Equipment;

4.      Roland Use, Dean Equipment;

5.      Richard Adams, Dean Equipment;

6.      Seth Porter;

7.      Kyle Sanders;

8.      Patrick Adam, Precision Crane & Hydraulics, LLC;

9.      Craig Falgout, Precision Crane & Hydraulics, LLC;

10. Leon Bradberry, Precision Crane & Hydraulics, LLC;

11. Ronald Kinchen, former employee of Coral Marine Services, Inc.;

12. Buddy Rogers, Coral Marine Services, Inc.;

13. Jackie Cheramie, Coral Marine Services, Inc.;

14. Representative of OCI, L.L.C.;

15. Representative of Hot Energy Services, Inc.;

16. Representative of D and L Salvage a/k/a DLS;

17. Representative of Ocean Marine Brokerage Service;

18. Representative of Bayou Marine Corporation;

19. James Bailey, Bailey Associates;

20. Charles C. Theriot, CPA or Edward J. Comeaux, III, CPA, Economist;

21. Nancy Favaloro, Expert Vocational Consultant;

22. Ralph P. Katz, M.D., Expert Orthopedist;

23. Claude S. Williams, IV, M.D., Expert Orthopedist;

24. Tod Cowen, M.D., Expert in Physical Medicine and Rehabilitation;

25. Kenneth Berliner, M.D.;

26. Christopher Cenac, Sr., M.D.;

27. Peter D. Vizzi, M.D.

28. William J. Ellender, D.C.;

29. Bruce R. Weiner, M.D., or other representative of East Houston Orthopedics & Sports Medicine

30. Representative of Ochsner Leonard J. Chabert Medical;

31. Representative of Ochsner St. Anne General Hospital;

32. Representative of Occupational Medicine Services;

33. Representative of Terrebonne General Medical Center;

34. Representative of West Jefferson Industrial Medicine;

35. Representative of Imaging Center of South Louisiana;

36. Representative of Abbeville General Hospital;

37. Representative of Ochsner Medical Center;

38. Representative of Acadian Comprehensive Therapy Services;

39. Representative of Advanced Imaging of Lafayette;

40. Donald Kinnard, P.T., or other representative of Southern Orthopedics & Sports Therapy, Inc.;

41. Representative of Flynn Manceaux Arcement & Pizzolato;

42. Representative of Kite Imaging;

43. Representative of Lloyd's Remedies;

44. Lorenzo Farolan, M.D., or other representative of Memorial MRI & Diagnostic;

45. Representative of Allstate Insurance;

46. Representative of Progressive Insurance;

47. Representative of GEICO;

48. Representative of Zurich Insurance;

49. Representative of Principal Financial;

50. Representative of United State Coast Guard;

51. Any witness needed to authenticate any document.


## EXHIBIT LIST

II. Dean Equipment may introduce any of the following exhibits at trial:

1. Employment records of Joseph Roy Dean, including but not limited to his employment with Dean Equipment, Inc.; Coral Marine Services, Inc.; OCI, L.L.C.; Hot Energy Services, Inc.; D and L Salvage a/k/a DLS; Ocean Marine Brokerage Service;

2. Photographs of the M/V TDW;

3. Photographs and/or surveillance of Joseph Roy Dean;

4. Logs of the M/V TDW;

5. Text Messages between Rusty Cavalier and Joseph Roy Dean;

6. Bailey Associates Survey Report No. 14-0111;

7. All records produced by Johnson,Yacoubian & Paysse, formerly Johnson, Johnson, Barrios, & Yacoubian, pursuant to 5/13/2016 subpoena duces tecum;

8. 12/29/2010 Deposition Transcript of Joseph Roy Dean taken in the matter entitled, *Dean v. Coral Marine Services*, 172nd JDC Jefferson County, Texas, Docket No. E186.084

9. All records produced by Precision Crane & Hydraulics, LLC pursuant to 5/20/2016 subpoena duces tecum;

10. All documents, films, and records associated with plaintiff's treatment with Kenneth Berliner, M.D., and/or LoneStar Orthopedics;

11. All documents, films, and records associated with plaintiff's treatment with Christopher Cenac, Sr., M.D.;

12. All documents, films, and records associated with plaintiff's treatment with Peter D. Vizzi, M.D.

13. All documents, films, and records associated with plaintiff's treatment with William J. Ellender, D.C.;

14. All documents, films, and records associated with plaintiff's IME with Bruce R. Weiner, M.D., or other representative of East Houston Orthopedics & Sports Medicine;

15. All documents, films, and records associated with plaintiff's treatment with Ochsner Leonard J. Chabert Medical Center;

16. All documents, films, and records associated with plaintiff's treatment with Ochsner St. Anne General Hospital;

17. All documents, films, and records associated with plaintiff's treatment with Terrebonne General Medical Center;

18. All documents, films, and records associated with plaintiff's treatment with Occupational Medicine Services;

19. All documents, films, and records associated with plaintiff's treatment with West Jefferson Industrial Medicine;

20. All documents, films, and records associated with plaintiff's treatment with Imaging Center of South Louisiana;

21. All documents, films, and records associated with plaintiff's treatment with Abbeville General Hospital;

22. All documents, films, and records associated with plaintiff's treatment with Ochsner Medical Center;

23. All documents, films, and records associated with plaintiff's treatment with Acadian Comprehensive Therapy Services;

24. All documents, films, and records associated with plaintiff's treatment with Advanced Imaging of Lafayette;

25. All documents, films, and records associated with plaintiff's treatment with Donald Kinnard, P.T. and/or Southern Orthopedics & Sports Therapy, Inc.;

26. All documents, films, and records associated with plaintiff's treatment with Flynn Manceaux Arcement & Pizzolato;

27. All documents, films, and records associated with plaintiff's treatment with Kite Imaging;

28. All documents and records associated with plaintiff at Lloyd's Remedies;

29. All documents, films, and records associated with plaintiff's treatment with Lorenzo Farolan, M.D., and/or Memorial MRI & Diagnostic;

30. Allstate Insurance records relating to Joseph Roy Dean, including medical records in support of any previous claims;

31. GEICO records relating to Joseph Roy Dean, including medical records in support of any previous claims;

32. Progressive Insurance records relating to Joseph Roy Dean, including medical records in support of any previous claims;

33. Zurich Insurance records relating to Joseph Roy Dean, including medical records in support of any previous claims;

34. Principal Financial records relating to Joseph Roy Dean, including medical records in support of any previous claims;

35. United States Coast Guard records of Joseph R. Dean's merchant mariner service record;

36. Social Security earnings records of Joseph Roy Dean;

37. Social Security disability records of Joseph Roy Dean;

38. Tax returns of Joseph Roy Dean;

39. Wage records of Joseph Roy Dean from any source;

40. Any and all documents or sources relied upon by any experts in this matter;

41. Pleadings, discovery requests and responses thereto;

42. Joseph Roy Dean's prior suits and related records;

43. All pre-accident imaging studies and X-rays of Joseph Roy Dean's left knee, elbow, cervical and lumbar spine.

44. Deposition transcripts of any witness unable to appear at trial.

*/s/ Kari M. Rosamond*

Bert M. Cass, Jr. (#03984)
Paul D. Hale (#30539)
Kari M. Rosamond (#34065)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: 504 581 5141
Facsimile: 504 566 4068
bcass@deutschkerrigan.com
phale@deutschkerrigan.com
krosamond@deutschkerrigan.com

**Attorneys for Dean Equipment, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of June, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

/s/ *Kari M. Rosamond*

Kari M. Rosamond

5744402v1