**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSEPH ROY DEAN** | **CIVIL ACTION** |
| **v.** | **NO. 15-cv-6901** |
| **DEAN EQUIPMENT, INC.** | **SECTION "J"** |
| | **JUDGE CARL BARBIER** |
| | **MAGISTRATE SALLY SHUSHAN** |

**DEAN EQUIPMENT, INC.'S SUPPLEMENTAL WITNESS AND EXHIBIT LIST**

Dean Equipment, Inc., through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, supplements its original Witness and Exhibit List, as follows:

**WITNESS LIST**

I.      Dean Equipment may call the following witnesses at trial:

52.      Karen Bartholomay, RN, BSN, CCM - Case Experts;

53.      Hal Wilke, Gray Insurance Company

**EXHIBIT LIST**

II.      Dean Equipment may introduce the following exhibits at trial:

45.      Proof of maintenance and cure payments.

*/s/ Kari M. Rosamond*
Bert M. Cass, Jr. (#03984)
Paul D. Hale (#30539)
Kari M. Rosamond (#34065)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  504 581 5141
Facsimile: 504 566 4068
bcass@deutschkerrigan.com
phale@deutschkerrigan.com
krosamond@deutschkerrigan.com

**Attorneys for Dean Equipment, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of June, 2016, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to all attorneys of record.

/s/ *Kari M. Rosamond*
Kari M. Rosamond

5777307v1

2